1  TRINETTE G. KENT (State Bar No. 222020)
2  3219 E Camelback Road, #588
   Phoenix, AZ 85018
3  Telephone:  (480) 247-9644
4  Facsimile:  (480) 717-4781
   E-mail: tkent@lemberglaw.com
5
6  Of Counsel to
   Lemberg Law, LLC
7  43 Danbury Road, 3rd Floor
8  Wilton, CT 06897
   Telephone:  (203) 653-2250
9  Facsimile:  (203) 653-3424
10
   Attorneys for Plaintiff,
11 Jenice Ducos
12
13            UNITED STATES DISTRICT COURT
14            NORTHERN DISTRICT OF CALIFORNIA
15            SAN FRANCISCO DIVISION
16

| Jenice Ducos, | Case No.: 4:21-cv-01052-JD |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | |
| Hello Digit, Inc., | |
| Defendant. | |

1

2

3

## NOTICE OF WITHDRAWAL OF COMPLAINT AND
## VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

4

5

6

7

Jenice Ducos ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

8

9

10

By: <u>*/s/   Trinette G. Kent*</u>
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Jenice Ducos

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On March 17, 2021, I served a true copy of foregoing document(s): **NOTICE OF DISMISSAL**.

**BY ELECTRONIC FILING:** I hereby certify that on March 17, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

> **Attorney for Defendant Hello Digit, Inc.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

4:21-cv-01052-JD                                                    NOTICE OF DISMISSAL

1        Executed on March 17, 2021.

2

3                                    By: ___/s/   *Trinette G. Kent*_____
                                     Trinette G. Kent, Esq.
4                                    Lemberg Law, LLC
                                     Attorney for Plaintiff, Jenice Ducos
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4